Exhibit 4: Letter from BOP Staff Psychologist, Dr. L. Pierre



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Complex**
**USP Victorville**

*Office of the Department of Psychology*                    *Victorville, California 92394*

08/26/2019

To Whom it May Concern;

    I am pleased to be able to write this letter for Mr. Wainsworth Hall regarding his participation and contributions to my department and his peers while in BOP custody

    Mr. Hall has been serving as a Suicide Watch Companion since 9/1/2016 for my department. Suicide Watch Companions are called in to work individual four hour shifts during which they supervise inmates who are on suicide watch. It involves timeliness, communication skills, flexibility, and keeping accurate and reliable documentation in the creation of legal documents (suicide watch logs).
    The Companion selection process is rigorous. Disciplinary records are reviewed and people selected must meet requirements for clear conduct. In addition, available records and staff are consulted about the individual's character.
    During his time working as a Companion for my department, he participated in 11 hours of training with doctoral level treatment providers. Because of his vast experience and excellence at this work, he also serves as a Senior Companion, participating in recruiting, selecting, and training new Suicide Watch Companions.
    Prior to working for my department, he worked for Psychology Services at previous institutions, both as a Suicide Watch Companion dating back to 9/3/15, and as a Mental Health Companion dating back to 10/13/16. He has received a total of 71 hours of training as a Suicide Watch Companion and 18 hours as a Mental Health Companion. He helped many individuals through some of their most trying times. Being a Companion is a position of trust; they supervise and comfort some of our most vulnerable clients.

    Mr. Hall has been participating in my Basic Cognitive Skills group since 11/14/18, for a total of 11 sessions. This group focuses on challenging thinking errors and improving rational thoughts; the men learn how to think about thinking.
    Mr. Hall has allowed himself to be vulnerable, often letting himself be used as an example, and making visible changes over the course of the group. Not only that, he appropriately uses his experience to guide and challenge younger members of the group on their thinking errors. He is making strides in improving himself, and has also been an invaluable addition to the treatment of others.

    In a previous facility, Mr. Hall served as a Peer Mentor in the Skills program. Beginning in February 2016, he acted as a live-in mentor to mentally-challenged peers. Documentation indicates that all of Mr. Hall's mentees succeeded in graduating the program. Mr. Hall tells me that several of his mentees wrote back to the supervisor of the program after

1

their graduation to praise Mr. Hall's contributions to the success after
return to the community.

On June 29, 2016, Mr. Hall began participation in a Meditation course,
through which he earned 13.25 hours of program participation.

February through April 2017, he participated in a Rational Self
Analysis course, for which he received 7 programming hours. Rational Self
Analysis is an important tool in addressing criminal thinking, which has
been proven by research to reduce recidivism rates by 40%.

In 2002, Mr. Hall successfully completed the CODE program (which was a
precursor to the Challenge program now offered). The goal of the program
was to develop a commitment to change, which he demonstrated by moving
through the program.

Beginning in 1996, documentation indicates that Mr. Hall began
programming intensively through psychology services. None of these classes
were mandated – he sought them out for his own edification after asking
the judge at sentencing to place him in a facility close to home so that
he could further his education in case he is ever returned to society. He
says he made this promise on September 15, 1994 to Honorable Judge Raymond
A. Jackson. There is ample evidence that Mr. Hall kept his promise to the
judge.
He tells me that he sent his certificates home to his children to
instill in them the importance of education (his son is now at med school
and his daughter is now interested in law school; his other two daughters
have graduated with degrees in computer science).
His successfully completed classes include:

| | |
|---|---|
| 1/16/96 | Anger Management |
| 1/30/96 | Families |
| 3/12/96 | Domestic Violence |
| 3/26/96 | Stress Management |
| 4/9/96 | Aids |
| 4/30/96 | Drug Education |
| 6/4/96 | Codependency |
| 6/18/19 | Domestic Violence II |
| 7/2/96 | Aids II |
| 8/6/96 | Inner Bonding |
| 8/20/96 | Self Esteem |
| 9/3/96 | Success and Change |
| 9/17/96 | Under the Influence |
| 10/1/96 | The Mind |
| 10/29/96 | Ethics |
| 12/26/96 | Substance Abuse Treatment |
| 12/26/96 | Commitment to Change |
| 12/26/96 | Discovering Psychology 1 |
| 12/26/96 | Discovering Psychology 2 |
| 12/26/96 | Discovering Psychology 3 |
| 12/26/96 | Abnormal Psychology 1 |
| 12/26/96 | Abnormal Psychology 2 |
| 12/26/96 | Abnormal Psychology 3 |
| 12/26/19 | Stress Management |
| 1/14/02 | Criminal Lifestyle |
| 2/28/02 | Criminal Lifestyle |
| 3/25/02 | Commitment to Change |

2

| | |
|---|---|
| 4/30/02 | Residential Drug Treatment Complete |
| 5/23/02 | Relapse Prevention |
| 8/11/02 | Breaking Barriers I |
| 8/11/02 | Breaking Barriers II |
| 2/20/04 | Self Help Library |
| 5/14/04 | Self Help Library |
| 7/15/04 | Life Skills |
| 8/20/04 | Self Help Library |
| 9/16/04 | Problem Solving |
| 11/9/04 | Anger and Stress Management |

It's important to note that while Mr. Hall was found guilty of some serious disciplinary infractions as a young man, he has had clear conduct since 2012.

In speaking with Mr. Hall while I was considering writing this letter, he shared with me more of his story. Most extraordinary to me is that when he arrived as a young man at the ADX 25 years ago, he reports that he could not read or write. He sought out the knowledge and experience of older men who taught him that he needed to receive an education. Because of his frequent requests of education staff, he got GED information to be broadcast on one of the TV channels 24/7 for all of his peers to also study. Per his report, he went from being illiterate to passing his GED in 90 days because he set his mind to it. He used his ADX time well, to improve himself. He told me, "That was the best part of my whole sentence, because it shaped the rest of my time." Since then, he has spent his time not only bettering himself, but contributing positively to his peers.

I am pleased to be writing this letter on behalf of Mr. Hall. I cannot make any predictions about Mr. Hall's behavior; his future is up to him. However, the goal of this work is to prepare men to return to our communities and be good citizens and neighbors. I know that when Mr. Hall is ultimately returned to the community, he will do so having being prepared in every way available to be a good neighbor.

Sincerely;

Dr. L. DePierre
Staff Psychologist

3