Exhibit 11: Letter from Daughter, Jahnique Wiggins

**Name:** Jahnique Wiggins
Address: 465 N 8th Street, Fairview NJ 07022

**For:**

Wainsworth Hall-28674-054
USP
PO BOX 3900
Adelanto CA 92301

**Date:** August 21, 2019

**Re:** Character Reference Letter for Wainsworth Hall 28674-054

Dear Honorable Raymond A. Jackson,

     I'm writing this letter in regards to my father Wainsworth Marcellus Hall. My name is Jahnique Wiggins and I am youngest of my father's children. I am currently 27 years old and my father has been in prison since I was about 8 months old. Ever since I could remember I dreamed about my father being able to come home to our family. My mother made sure every weekend we visited my father as long as he was at a facility close to home. I haven't seen my father since the age of 13, but we communicate often. My first memory of visiting my father I was about 6 or 7 years old. I remember seeing him through a glass window and having to pick up a phone to hear his voice. I didn't understand why there was a glass separating us and most importantly why I wasn't able to hug my father. I remember picking up the phone and hearing my father's voice say " Hey princess, how are you? Mommy told me you always singing around the house. Sing me your favorite song." Then, I began to sing him "I Believe I Can Fly" by R.Kelly. My voice was terrible, but my father didn't care how I sounded. He informed me my voice was beautiful and I was his angel. I would never forget that visit and from that day on is when I realized how my life has been effected growing up without two parents in the household. I am extremely thankful to have been able to build a relationship with my father from prison, but I truly believe it's time for him to be released. Every little girl's first love is their father.

My father has taught me so much from a distance that I have been able to apply into my everyday life. For example, I always make sure to work to my full potential, always think before I react and not dwell on situations that cannot be controlled. My father is a good man and in my eyes a selfless one. I can't even imagine how many times he has spoken to us and had to keep positive and be mentally strong when I know deep down inside he was defeated. He constantly makes sure to check in on our family every chance that he gets. Most individuals forget about their loved ones that are incarcerated because they aren't physically present. Not my family, we keep my father's spirit alive. We will never forget him and pray daily for his opportunity to come home. I have a 7 year old niece and 2 year old nephew that doesn't have a familiar relationship with their grandfather. At the age of 3, my niece visited my father in prison. I can see the cycle continuing again just like when I was a little girl going on visits, excited to see him for the few hours, and then crying hysterically when it was time to leave. I would be extremely proud & grateful if that cycle could finally be broken.

I graduated this past May from Rutgers University with my B.A. degree in Supply Chain Management. I'm officially the first generation graduate within my family. Walking across the ceremony stage to receive my diploma in front of my proud family was one of the happiest moments in my life. My day would have been complete if my father was able to be present since he's been nothing but supportive of everything I want to do in life. It's been such a long journey to complete school and he's always kept me motivated to never give up and taught me to finish anything/everything that I start in life, no matter how long it takes to do so, and that's exactly what I did. My father is so much wiser now and has helped raise his children from a far, but now if permitted to come home he can be able to see the actual growth of his children/grandchildren.

"Time is like a river, you cannot touch the same water twice because the flow that has already passed will never pass again." My father will not be able to get his time back from missing out on his freedom, but he still has time to continue to grow and be a better man than he was 20+ years ago. If there was one wish I can have granted, it'll be for my father to please be released. He has done over 25 years now and I believe he has learned his lesson and can now be an outstanding citizen in our society. Please find it in your heart to release him. Thank for your time.

Please feel free to contact me for any information (201-921-2380).

Warm Regards,

Jahnique Wiggins